UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-540 (JRT/SRN)

Abdulameer Najaf Hashem,

      Plaintiff,

v.

**ORDER TO REMAND**

Denise Frazier,
District Director, *et al.*,

      Defendants.

    Casey A. Nolan, **GRAY PLANT MOOTY MOOTY & BENNETT, PA**, 80 South Eighth Street, Suite 500, Minneapolis, MN 55402, for plaintiff.

    Friedrich A P Siekert, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for defendants.

Pursuant to the Stipulation to Remand [Docket No. 5], which stipulation is incorporated herein by reference,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The petition of Petitioner Abdulameer Najaf Hashem is hereby remanded to the USCIS for completion of the background investigations and adjudication of his application for adjustment of status as soon as practicable;

2. The USCIS shall report to the Court on the status of the application within 120 days of the date of entry of this

order of remand and every 90 days thereafter;

    3.    The Court shall retain jurisdiction pending the adjudication of the application of Petitioner Abdulameer Najaf Hashem; and

    4.    Each party shall bear its own attorney's fees, costs, and disbursements herein.

DATED:  May 15, 2009　　　　　　　　　　　s/ *John R. Tunheim*
at Minneapolis, Minnesota.　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　United States District Judge