# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| ABDULAMEER NAJAF HASHEM, | Civil No. 09-0540 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| DENISE FRAZIER, *et al.*, | |
| Defendants. | |

_____

Casey Nolan, **GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA,** 80 South Eighth Street, Suite 500, Minneapolis, MN 55402, for plaintiff.

Friedrich Siekert, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415**,** for defendants.


Based upon the parties' stipulation for dismissal with prejudice [Docket No. 8], filed on July 15, 2009, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.


DATED: July 19, 2009
at Minneapolis, Minnesota.                          s/John R. Tunheim
                                                                         JOHN R. TUNHEIM
                                                                    United States District Judge